Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiffs was sustained.

**No. 56614.**—Samuel S. Perry & Co. v. United States, protests. 792783–G, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of "artificial gut or artificial tegusu" the same in all material respects as the merchandise the classification of which was involved in *Geo. S. Bush & Co., Inc.* v. *United States* (34 C. C. P. A. 17, C. A. D. 338), the claim of the plaintiff was sustained.

**No. 56615.**—Samuel S. Perry v. United States, protests 792823–G, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of "artificial gut or artificial tegusu" the same in all material respects as the merchandise the classification of which was involved in *Geo. S. Bush & Co., Inc.* v. *United States* (34 C. C. P. A. 17, C. A. D. 338), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 1, 1952

**No. 56616.**—F. Frisch, Inc. v. United States, protest 179537–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry involved.

**No. 56617.**—Wing Hing Chong Co. and W. J. Byrnes & Co. et al. v. United States, protests 662270–G, etc. (San Francisco).